USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEON ISAAC MARTINEZ, individually and on behalf of others similarly situated,

Plaintiff,

-against-

ADDISON PHS CORP. (D/B/A ADDISON PHS), URBAN STANDARD GENERAL CONTRACTING LLC (D/B/A URBAN STANDARD GENERAL CONTRACTING), JDS DEVELOPMENT GROUP LLC (D/B/A JDS DEVELOPMENT GROUP), KOUZMANOFF BAINTON ARCHITECTS (D/B/A KB ARCHITECTS), KOEPPEL ROSEN LLC (D/B/A KOEPPEL ROSEN), and ADDISON O'NEIL MARAJ,

Defendants.

26 Civ. 9617 (AT)

**ORDER**

ANALISA TORRES, District Judge:

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

If all parties consent to proceed before the Magistrate Judge, counsel for Defendant shall, by **March 5, 2027**, file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754 and attached to this order, on the docket. If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me. An information sheet on proceedings before magistrate judges is also attached to this order. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

If any party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, by **March 5, 2027**, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: November 5, 2026
New York, New York

ANALISA TORRES
United States District Judge